[No. 21944-5-III. Division Three. April 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL SCOTT WOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-02707-6, Salvatore F. Cozza, J., entered March 28, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 22058-3-III. Division Three. April 27, 2004.]

SCOTT BRUNDRIDGE, ET AL., *Petitioners*, v. FLUOR HANFORD, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 99-2-01250-7, Carolyn A. Brown, J., entered May 2, 2003. *Dismissed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 22149-1-III. Division Three. April 27, 2004.]

*In the Matter of the Marriage of* BONITA FAY RADKE, *Respondent*, and ROBERT EUGENE RADKE, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 00-3-00332-8, Donald W. Schacht, J., entered May 1, 2003. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz and Brown, JJ.

[No. 20405-7-III. Division Three. April 29, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MONTE HOISINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 00-2-00265-9, William D. Acey, J., entered July 25, 2001. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis and Kurtz, JJ. Now published at 123 Wn. App. 138.